```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:11-MC-00017-LJO |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| ALL ITEMS SEIZED BY THE MADERA COUNTY SHERIFF ON OR ABOUT SEPTEMBER 23, 2009, INCORPORATED HEREIN BY REFERENCE AS ATTACHMENT 'A', | |
| Defendants. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On August 12, 2010, Michael Ian Conway was indicted pursuant to 18 U.S.C. §§ 371, 1343, and 1028. The Indictment included a forfeiture allegation pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), and 28 U.S.C. § 2461(c), and listed the above-captioned property.

2. On or about September 23, 2009, a search warrant was executed at Michael Ian Conway's residence. In searching the residence, officers located the items referenced in attachment 'A' incorporated herein by reference (hereafter "defendant seized assets").

3. On or about March 3, 2011, a plea agreement was entered in *U.S. v. Michael Ian Conway, et al.*, 1:10-CR-00347-LJO, wherein Michael Ian Conway pled guilty to a violation of 18

U.S.C. § 1343 - Wire Fraud, and 18 U.S.C. § 1028(a)(5) and 2(a) - Possession of a Document-Making Implement. Michael Ian Conway has agreed to forfeit to the United States voluntarily and immediately all of his right, title, and interest to any and all assets subject to forfeiture as set forth in the Indictment and Plea Agreement. The defendant seized assets were listed in the plea agreement. Michael Ian Conway agreed to execute this stipulation for consent judgment forfeiting to the United States all his right, title, and interest the defendant seized assets listed herein on Attachment 'A'.

4. Michael Ian Conway hereby acknowledges that he is the sole owner of the defendant seized assets and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant seized assets, Michael Ian Conway shall hold harmless and indemnify the United States, as set forth below.

5. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

6. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the property was seized.

7. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

8. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

9. All right, title, and interest in the defendant seized assets seized on or about September 23, 2009, more particularly described in Attachment 'A' incorporated herein by referenced, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1028(b)(5), and 28 U.S.C. § 2461(c), to be disposed of according to law.

10. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are hereby released from any and all

liability arising out of or in any way connected with the seizure and forfeiture of the defendant seized assets.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

11.	Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was reasonable cause for the seizure of the defendant seized assets, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

12.	All parties will bear their own costs and attorneys' fees.

**CERTIFICATE OF REASONABLE CAUSE**

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described seized assets, more particularly described in attachment 'A'.

IT IS SO ORDERED.

**Dated:   August 2, 2011**                            **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE